Case 1:11-cr-10152-RGS   Filed 7-12-2012

United States of
America                         CRIMINAL ACTION NO
  VS                             11-10152-RGS
Mark LePage

Now comes Defendant in a Motion to have Lawyer Michelle Brennan removed from case. And asks court to appoint counsel to represent Defendant Mark LePage.

Reasons
1. Breach of contract
   (Et) in Refusing to Send Paperwork
   2. Refusing to Speak to Witnesses
   3.) Refusing to Take Phone calls

2. Irreconcilable Differences

Signed under Pain of Penalties of Perjury of this 12th day of July 2012

[signature]
Mark LePage
26 long Pond Rd
Plymouth House of Correction
Plymouth Mass 02360